13944

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 708 Federal Building**
**316 North Robert St., St. Paul, MN 55101, Phone (651)848-1100**

**PETITION FOR ADMISSION PRO HAC VICE**

Case Number: Cv. 02-795 ADM AJB Case Title: Reinholdson v. State of Minnesota, et al

**Affidavit of Movant**

I, Sonja D. Kerr, an active member in good standing of the bar of the U. S. District Court for the District of Minnesota, request that this Court admit pro hac vice, Judith A. Gran, an attorney admitted to practice in the State of Pennsylvania, and the Eastern District of Pennsylvania, and the U.S. Court of Appeals for the Third, Fourth and Sixth Circuits, but not admitted to the bar of this court, who will be counsel for the plaintiff in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above and that I accept service of all papers served.

Sonja D. Kerr — Signature
#18977X — MN Attorney License #
4-15-01 — Date

**Affidavit of Proposed Admittee**

I, Judith A. Gran, am currently a member in good standing of the bar for the State of Pennsylvania and U.S. District Court for the Eastern District of Pennsylvania, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hace vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Judith A. Gran — Type/Print Name
Judith Gran — Signature
4-15-02 — Date

Attorney License Number: PA 40134
Law Firm Name & Address: Public Interest Law Center of Philadelphia, 125 South 8th St., Suite 700, Philadelphia, PA 19107
Telephone: (215) 627-7100

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk MMC
APR 15 2002 — Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

Received Time Apr.15. 11:01AM

APR 15 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK