# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Maheh Reinholddson, by his parent, Jan Simon; Sarah Pachl by her parents, Kevin & Suzanne Pachl; Aaron Teske by his parent and conservator Kristi Sandford; Matthew McKinney by his parent Tammy Emery; Zeth Erdman by their parent Dawn Erdman; Elijah Samuelson and Victor Grant by their parent Kelley Sunderlin; Joshua Renolett by his parents Dan & Patricia Renollett; all on their own behalf and on behalf of a class of similarly situated persons

Case No. Civil 02-795 ADM/AJB

v.

**JUDGMENT IN A CIVIL CASE**

State of MN, MN Department of Children Families and Learing, and Christine A. Jax, Commissioner of MDCFL, in her official capacity; and School Board of ISD No 11, Anoka-Hennepin, Michael Sullivan, Scott Wenzel, Tom Heideman, Dan Cook, Denise Dittrich, Jerry Newton and Roger Giroux, Superintendent ISD No 11 Schools, all in their official capacity, and
Susan J. Butler, ISD No 11 Director of Special Education and 504 Coordinator, in her official and individual capacity

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Sate defendants' motion to dismiss is GRANTED; the Plaitniffs' Complaint agains tthe State defendants is dismissed with prejudice

2. School's motion to dismiss is DENIED IN PART AND GRANTED IN PART as to the following specific claims: a. Plaintiff's 1983 claim is dismissed with prejudice; b. Plaintiff's 504 claim is dismissed with prejudice; c. To the extent any plaintiff is attempting to bring claim in the present lawsuit they did not raise in the administrative hearing process, such claims are dismissed.;

3. Plaintiffs's motion to certify a class is DENIED;

4. This action shall be SEVERED in to individual cases; Each Plaintiff shall refile their case as a separate action naming as a defendant only the School District.

5. School's motion for Rule 11 Sanctions is DENIED.

DATE: September 9, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery, Deputy Clerk