UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MAHESH REINHOLDSON, a minor, by his parent Jan Simon, et. al.

Plaintiff,

v.

INDEPENDENT SCHOOL DISTRICT NO. 11, et. al.

Defendants.

ORDER

Civil No. 02-795(ADM/AJB)

---

MAHESH REINHOLDSON, a minor, by his parent Jan Simon,

Plaintiff,

v.

SCHOOL BOARD OF INDEPENDENT SCHOOL DISTRICT NO. 11,

Defendant.

Civil No. 02-4225(PAM/RLE)

---

Case No. 02-795(ADM/AJB) having been assigned to Judge Ann D. Montgomery and Case No. 02-4225(PAM/RLE) having been later assigned to Judge Magnuson, and said matters being related cases;

IT IS HEREBY ORDERED that Case No. 02-4225(PAM/RLE) be assigned to Judge Ann D. Montgomery, nunc pro tunc, by use of a card on the ~~Master~~ Civil Rights list of the automated case assignment system, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated February 10, 2003.

FILED 11-3-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: October 31, 2003

JUDGE PAUL M. MAGNUSON
UNITED STATES DISTRICT COURT

Dated: November 3, 2003

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT