UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MAHESH REINHOLDSON, ET AL.,

Plaintiffs,

v.

STATE OF MINNESOTA, ET AL.,

Defendants.

Civil No. 02-795 ADM/AJB

NOTICE OF
STATUS CONFERENCE

---

You are hereby given notice that a status conference in the above captioned case will be held on January 6, 2004 at 2:30 p.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

If all counsel wish to hold the status conference by telephone, please make that request by calling Calendar Clerk Kathy Thobe, (651) 848-1210.

Dated: 12/10/03

Arthur J. Boylan
United States Magistrate Judge

Filed DEC 11 2003
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________