**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Mahesh Reinholdson, et al.,

Civil No.: 02-795 (ADM/AJB)

v.

State of Minnesota, et al.,

Aaron Teske,

Civil No.: 02-4280 (MJD/JGL)

v.

School Board ISD 11,

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case number 02-795 having been assigned to Judge Ann D. Montgomery and case number 02-4280 having later been assigned to Judge Michael J. Davis and said matters being related cases,

IT IS HEREBY ORDERED that case number 02-4280 be assigned to Judge Ann D. Montgomery, nunc pro tunc, by use of a card on the ~~Master~~ Civil Rights list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated February 21, 2003.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: 12-17-03

JUDGE ANN D. MONTGOMERY
United States District Court

Dated: 12-15-03

JUDGE MICHAEL J. DAVIS
United States District Court

FILED 12-17-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD _____
DEPUTY CLERK _____