UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MAHESH REINHOLDSON, by his parent Jan Simon, ET AL.,

Plaintiffs,

v.

STATE OF MINNESOTA, ET AL.,

Defendants.

Civil No. 02-795 ADM/AJB

PRETRIAL SCHEDULING ORDER

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Amendment of the Complaint

All motions which seek to amend the pleadings, must be served and filed within 30 days following the last filed dispositive order in files no. cv 02-4269 JMR/JSM or cv 02-3698 JNE/JGL. Absent a showing of good cause, no other motions may be filed before said date.

Defendant's response to plaintiff's motion seeking leave to amend the complaint shall be served and filed 20 days following service of plaintiff's motion upon the defendant.

Discovery Plan

In a number of the cases wherein plaintiffs filed individual complaints, the parties stipulated that said claims would be decided on the administrative record and that no fact discovery needed to be completed. In other cases where discovery was anticipated, discovery has now closed. Therefore no additional discovery shall take place in these files

Filed JAN 09 2004
Richard Sletten, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________

absent further order of this Court.

This order does not preclude voluntary informal discovery between the parties. It does not preclude the parties from entering into stipulations. It does not prevent a party from voluntarily making disclosures. Most importantly, the order does not negate a party's responsibility to supplement its response to a discovery request that had been previously made.

Dispositive Motions

The dispositive motion deadline shall be 60 days following the filing of the District Court's decision on plaintiff's motion for leave to amend the complaint. Unless otherwise ordered by the District Court, any dispositive motions filed shall be considered without oral argument. Motions seeking dispositive relief shall be filed separately as to each plaintiff, specifically addressing that individual plaintiff's claims.

Responses on any such dispositive motions shall be due 45 days following the service of said dispositive motion. The reply shall be due 15 days after service of plaintiff's response.

Trial

Separate trials pursuant to Rule 42 of the Federal Rules of Civil Procedure shall be scheduled for each individual plaintiff. Trial dates will be set following the Court's filing of its orders on any dispositive motions that may be brought herein.

Consistency of Rulings

To avoid unnecessary conflicts and inconsistencies in the rulings that may have been entered in reference to individual claims of the plaintiffs, the Court hereby adopts all rulings already made in reference to each individual plaintiff's claim, unless a different ruling is shown to be mandated by the laws and rules governing this court or justified by particular circumstances brought to the Court's attention. Specifically the rulings made or to be made in the following cases are included within the terms of this provision:

cv 02-4225 ADM/AJB
cv 02-4065 ADM/AJB
cv 02-4280 ADM/AJB
cv 02-4269 JMR/JSM
cv 02-3698 JNE/JGL
cv 03-6452 ADM/AJB

Miscellaneous

All orders, pleadings, motions and other documents will, when filed and docketed in any of the following cases, be deemed filed and docketed in file no. 02-795 ADM/AJB:

cv 02-4225 ADM/AJB
cv 02-4065 ADM/AJB
cv 02-4280 ADM/AJB
cv 02-4269 JMR/JSM
cv 02-3698 JNE/JGL
cv 03-6452 ADM/AJB

Orders, pleadings, motions and other documents, if generally applicable to all plaintiffs, shall include in their caption a notation that they relate to "ALL PLAINTIFFS." Documents intended to apply only to a particular plaintiff will indicate in their caption the name of the plaintiff to which they apply.

Dated: January 9, 2004

Arthur J. Boylan
United States Magistrate Judge