UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MAHESH REINHOLDSON,

Plaintiff,

AARON TESKE,

Plaintiff,

v.

SCHOOL BOARD OF INDEPENDENT SCHOOL DISTRICT NO. 11,

Defendant.

Civil No. 02-4280
(Old Case Number)
Civil No. 02-795
(New Case Number)

In Case No. 02-4280 Plaintiff objects to the Order of Magistrate Judge Lebedoff dated November 25, 2003 (Docket No. 20). In Case No. 02-795 Plaintiff appeals the Magistrate Judge's Order (Docket No. 71). These matters are resolved by the Order of Reassignment of Related Case and the Pretrial Scheduling Order issued by Magistrate by Judge Arthur Boylan on January 9, 2004 (Docket No. 84). Therefore, the objections are MOOT.

Dated: January 10, 2004

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

FILED JAN 13 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK