UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MAHESH REINHOLDSON,

Plaintiff,

ORDER

v.

Civil No. 02-795(ADM/AJB)

INDEPENDENT SCHOOL DISTRICT
NO. 11,

Defendant.

---

MATTHEW MCKINNEY,

Plaintiff,

v.

Civil No. 02-4269(JMR/JSM)

INDEPENDENT SCHOOL DISTRICT
NO. 11,

Defendant.

---

Case No. 02-795(ADM/AJB) having been assigned to Judge Ann D. Montgomery and Case No. 02-4269(JMR/JSM) having been later assigned to Judge James M. Rosenbaum, and said matters being related cases;

IT IS HEREBY ORDERED that Case No. 02-4269(JMR/JSM) be assigned to Judge Ann D. Montgomery, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated February 10, 2003.

IT IS ALSO ORDERED that Magistrate Judge Janie S. Mayeron remain as the Magistrate Judge assigned to Case No. 02-4269.

2-11-04

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: February 11, 2004

JUDGE JAMES M. ROSENBAUM
UNITED STATES DISTRICT COURT

Dated: February 10, 2004

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT