UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MAHESH REINHOLDSON, by his parent Jan Simon, ET AL.,

Civil No. 02-795 ADM/AJB

Plaintiffs,

v.

STATE OF MINNESOTA, ET AL.,

Defendants.

**ORDER**

and

JOSHUA RENOLLETT, a minor by and through his parents, Dan and Patti Renollett,

Civil No. 03-6452 ADM/AJB

Plaintiff,

v.

STATE OF MINNESOTA, DEPARTMENT OF EDUCATION and INDEPENDENT SCHOOL DIST. NO. 11, ANOKA-HENNEPIN,

Defendants.

---

WHEREAS, the Court has received a Motion from the State of Minnesota to Separate Case or, in the Alternative, Proceed with Hearing on State's Motion to Dismiss the State as a Party, said motion being dated March 5, 2004, and

IT IS HEREBY ORDERED THAT Plaintiff Joshua Renollett, a minor, by and through his parents, Dan and Patti Renollett, Plaintiffs in Case No. 03-6452 (ADM/AJB), have leave to file responsive pleadings, if desired. Any response to the State's motion must be served and

FILED MAR 1 1 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

96

filed on or before March 18, 2004.

The Court will take the motion and any responses filed under advisement at said time without oral argument.

Dated: March 11, 2004

s/ Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge