UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MAHESH REINHOLDSON, by his parent Jan Simon, ET AL.,

Plaintiffs,

v.

STATE OF MINNESOTA, ET AL.,

Defendants.

Civil No. 02-795 ADM/AJB

**AMENDED PRETRIAL SCHEDULING ORDER**

---

The Court hereby amends its scheduling order dated January 9, 2004, as follows:

Consistency of Rulings

To avoid unnecessary conflicts and inconsistencies in the rulings that may have been entered in reference to individual claims of the plaintiffs, the Court hereby adopts all rulings already made in reference to each individual plaintiff's claim, unless a different ruling is shown to be mandated by the laws and rules governing this court or justified by particular circumstances brought to the Court's attention. Specifically the rulings made or to be made in the following cases are included within the terms of this provision:

cv 02-4225 ADM/AJB
cv 02-4065 ADM/AJB
cv 02-4280 ADM/AJB
cv 02-4269 JMR/JSM
cv 02-3698 JNE/JGL

Miscellaneous

All orders, pleadings, motions and other documents will, when filed and docketed in

any of the following cases, be deemed filed and docketed in cv 02-795 ADM/AJB:

cv 02-4225 ADM/AJB
cv 02-4065 ADM/AJB
cv 02-4280 ADM/AJB
cv 02-4269 JMR/JSM
cv 02-3698 JNE/JGL

Except as amended herein, the order of January 9, 2004, remains in full force and effect.

Dated: April 1, 2004

s/ Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge

MEMORANDUM

Good cause exists to modify the January 9, 2004, scheduling order by deleting from said order the case of Renollett v. State of Minnesota, et al., cv 03-6452 ADM/AJB.

On January 9, 2004, the court listed six individual cases as part of its scheduling order including in said list, the case of Renollett v. State of Minnesota, et al, cv 03-6452 ADM/AJB. 03-6452 is an action that is distinct from the other cases listed.

The parties are free to continue litigation in cv 03-6452, free of any constraints that may have been imposed by virtue of this Court's pretrial scheduling order of January 9, 2004.

AJB