UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSHUA RENOLLETT, a minor by and through his parents, Dan and Patti Renollett,

Civil No. 03-6452 ADM/AJB

Plaintiff,

v.

ORDER

STATE OF MINNESOTA, DEPARTMENT OF EDUCATION and INDEPENDENT SCHOOL DIST. NO. 11, ANOKA-HENNEPIN,

Defendants.

---

The Court has received and considered a motion filed on behalf of the State of Minnesota, Department of Education, wherein the State seeks an order from the Court separating the above captioned case from the case of Reinholdson v. State of Minnesota, et al., cv 02-795 ADM/AJB, as well as a motion filed by Independent School District No. 11 to sever Renollett v. State of Minnesota, et al., cv 03-6452 ADM/AJB, from Reinholdson v. State of Minnesota, et al., cv 02-795 ADM/AJB.

Said motions were filed following the Court's January 9, 2004, scheduling order filed in cv 02-795, which it made reference to file no. cv 03-6452 among other cases.

The Court has now issued an amended pretrial scheduling order in cv 02-795 wherein all references to cv 03-6452 have been deleted. As a result, the parties herein may continue to litigate in this matter without any constraints being placed up them by virtue of any orders entered in cv 02-795.

It is therefore ordered that the defendant State of Minnesota, Department of

Education's motion to separate case, or in the alternative, proceed with hearing on State's motion to dismiss the State as a party [Docket No. 8], as well as the defendant Independent School District No. 11's motion for leave to sever and motion to sever [Docket No. 12] are **granted** as set forth herein.

Dated: April 1, 2004

s/ Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge

MEMORANDUM

The Court finds no support for the plaintiff's statement in its responsive pleadings that the Court has already ruled that the Renollett case, cv 03-6452, is part of the Reinholdson case, cv 02-795. The only connection was the inclusion of this case within a pretrial scheduling order that was entered in cv 02-795. This lawsuit was never consolidated with the Reinholdson proceedings pursuant to Rule 42(a), nor was it ever the subject of the Court of Appeals remand order in cv 02-795. In short, the amendment of the pretrial scheduling order in cv 02-795 makes clear the fact that the parties may proceed in this action, including the State proceeding with its motion to dismiss, free of any limitations that may have previously been imposed by virtue of the Court's scheduling order in cv 02-795.

AJB