**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MAHESH REINHOLDSON, a minor, by his parent, Jan Simon, et al.

Plaintiff,

vs.

STATE OF MINNESOTA, et al,

Defendants.

Civil Case No. 02-795 (ADM/AJB)

NOTICE OF APPEARANCE

---

I am hereby entering an appearance as additional counsel in the above-referenced matters.

Dated: June 4, 2004

Mary Josefson

Mary Josefson, Attny #0052772
KERR LAW OFFICE
5972 Cahill Ave. S. #110
Inver Grove Heights, MN 55076
(651)-552-4900
mary.josefson@prodigy.net