UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Mahesh Reinholdson, a minor
by his parent, Jan Simon, et al.

Civil File No. 02-CV-795 (ADM/AJB)

Plaintiff,

vs.

**CERTIFICATE OF SERVICE**

State of Minnesota, et al,

Defendants.

I hereby certify that on June 7, 2004, I caused the following document: Notice of Appearance by Mary Josefson, Esq. to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following: Martha J. Casserly, Office of the Attorney General, and Paul Ratwik, Ratwik, Roszak & Maloney.

Dated: June 7, 2004

s/ Sonja D. Kerr
Attorney Reg. No. 18777X
Kerr Law Office
5972 Cahill Avenue, Suite 110
Inver Grove Heights, MN 55076
Phone: (651) 552-4900
Fax: (651) 552-4942
E-Mail: AmeliaA928@aol.com