**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**MAHESH REINHOLDSON, a minor, by His parent, Jan Simon, et al.,**

**Plaintiff,**

**vs.**

**STATE OF MINNESOTA, et al.,**

**Defendants.**

**Civil Case No. 02-795 (ADM/AJB)**

**NOTICE OF APPEARANCE**

I am hereby entering an appearance as additional counsel in the above-referenced matters.

Dated: Sept 7, 2004

Mary L. Josefson

Mary L. Josefson Atty #52772
1821 Rhode Island Ave. N.
Golden Valley, MN 55427
(763) 544-5390
mary.josefson@prodigy.net

SCANNED
SEP 0 9 2004
U.S. DISTRICT COURT ST. PAUL

**Mary L. Josefson**
**Attorney-at-Law**

**1821 Rhode Island Avenue North**
**Golden Valley, Minnesota 55427**

**Phone: 763-544-5390**
**email: mary.josefson@prodigy.net**

September 7, 2004

RECEIVED
BY MAIL

SEP 09 2004

CLERK, US DIST. COURT
ST. PAUL, MN

Clerk of Court
United States District Court, District of Minnesota
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

RE: Reinholdson, et al. v. Minnesota, State of, et al.
Case No: 02-cv-00795

Enclosed please find my Notice of Appearance for the above referenced action.

Thank you for your attention to these matters.

Very truly yours,

Mary L. Josefson
Attny #52772

CC: Martha Jean Casserly, Esq.
Paul C. Ratwik, Esq.
Mark Jared Girouard, Esq.
Stephen Gregory Andersen, Esq.
Tim Palmatier