UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Reinholdson, et al.,

Plaintiffs,

v.

Minnesota, State of, et al.,

Defendants

Court File No. 02-795 ADM/AJB

**NOTICE OF HEARING AND MOTIONS FOR APPROVAL OF SETTLEMENTS ON BEHALF OF MINOR PLAINTIFFS**

---

TO: Independent School District No. 11 (Anoka-Hennepin), its Superintendent, Director of Special Education et al. by and through counsel Paul C. Ratwik and Stephen Gregory Andersen, Ratwik, Roszak & Maloney, 730 2nd Ave. S, Ste 300, Minneapolis, MN 55402 and

Independent School District No. 11 (Anoka-Hennepin) by and through its counsel Tim Palmatier, Palmatier Law Office, 941 Hillwind Rd. N.E., Suite 200C, Minneapolis, MN 55432 and

State of MN, MDCFL [MDE], and the Commissioner of MDE in her official capacity by and through counsel Martha Jean Casserly, MN Attorney General, 445 Minnesota St., St. Paul, MN 55101.

PLEASE TAKE NOTICE that the undersigned will bring the following motions before the Honorable Judge Ann D. Montgomery on November 5, 2004 at 2:00 p.m., in Courtroom 13W, U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

**MOTIONS FOR APPROVAL OF SETTLEMENTS ON BEHALF OF MINOR PLAINTIFFS Aaron Teske, Elijah Samuelson, Zeth Erdman, and Quinton Erdman.**

Dated: October 28, 2004

_____/s/__________________________
Mary L. Josefson (Atty. Reg. N. 52772)
1821 Rhode Island Ave. N.,
Golden Valley, MN 55427
Phone & FAX: 763-544-5390
Email: mary.josefson@prodigy.net
Attorney for Plaintiffs

Sonja D. Kerr
Disability Law Center of Alaska
3330 Arctic Blvd. Ste 103
Anchorage, AK 99503
907 565-1002
FAX: 907 565-1000
Email: AmeliaA928@aol.com
Attorney for Plaintiffs

Judith Gran, Esq.
Public Interest Law Center of Philadelphia
125 S. 9th St. Ste 700,
Philadelphia, PA 19107
215 627-7100
FAX: 215 627-3183
Email: jgran@pilcop.org
Attorney for Plaintinffs