UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MAHESH REINHOLDSON, ET AL., Civil No. 02-795 ADM/AJB

Plaintiffs,

v.

STATE OF MINNESOTA, ET AL.,

Defendants.

---

MAHESH REINHOLDSON, Civil No. 02-4225 ADM/AJB

Plaintiff,

v.

SCHOOL BOARD OF INDEPENDENT
SCHOOL DISTRICT NO. 11,

Defendant.

---

JOSHUA RENOLLETT, a minor by and
through his parents, Dan and Patti Renollett, Civil No. 03-6452 ADM/AJB

Plaintiff,

v.

INDEPENDENT SCHOOL DIST. NO. 11,
ANOKA-HENNEPIN,

Defendant.

---

**NOTICE OF STATUS CONFERENCE**

You are hereby given notice that a telephonic status conference in the above captioned matters will be held on November 12, 2004 at 10:00 a.m., before the undersigned Magistrate Judge.

Mr. Paul Ratwik will be initiating the conference call.

Dated: November 1, 2004

s/ Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge