# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Mahesh Reinholdson, et. al.<br><br>Plaintiff,<br><br>v.<br><br>ISD No. 11,<br><br>Defendant. | **COURT MINUTES**<br>BEFORE: Ann D. Montgomery<br>U.S. District Judge<br><br>Case No: 02-795(ADM/AJB)<br>Date: November 5, 2004<br>Deputy: Gertie Simon<br>Court Reporter: Tim Willette<br>Time Commenced: 2:00 p.m.<br>Time Concluded: 2:30 p.m.<br>Time in Court: 30 Minutes |

APPEARANCES:

Plaintiff: Mary Josefson
Defendant: No Appearance

PROCEEDINGS:

Motion for approval of minor settlements. The matter was taken under advisement and an order will be issued.

s/Gertie Simon
Courtroom Deputy