**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Mahesh Reinholdson, et al.,

Plaintiffs,

v.

**ORDER**
Civil No. 02-795 ADM/AJB

State of Minnesota, et al.,

Defendants.

---

Mary L. Josefson, Esq., Golden Valley, MN, appeared for and on behalf of Plaintiff Elijah Samuelson.

---

Plaintiff Elijah Samuelson, by and through his parent, Kelley Sunderlin, and Defendant Independent School District No. 11, Anoka-Hennepin Public Schools have entered into a Settlement Agreement and Release/Waiver to resolve Elijah Samuelson's individual claims in this consolidated action.

In accordance with Minnesota Law, this Settlement Agreement and Release/Waiver was submitted to the Court for review and approval as a settlement on behalf of a minor.

Based on the foregoing, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Settlement Agreement and Release/Waiver is approved,

2. The proposed disposition is appropriate to the allegations made,

3. The settlement amount, listed in the Order filed under seal contemporaneously with this Order, has been reviewed and is appropriate, and

4. The Settlement Agreement and Release/Waiver be implemented by the parties in accordance with its terms.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: November 8, 2004.