UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Reinholdson, et al., Court File No. 02-795 ADM/AJB

Plaintiffs,

v.

**AFFIDAVIT OF MARY L. JOSEFSON**

Minnesota, State of, et al.,

Defendants

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Mary L. Josefson, being first duly sworn on oath, states and alleges as follows:

1. I am one of the attorneys representing Elijah Samuelson and his parent and legal guardian Kelley Sunderlin.
2. Attached as Exhibit A and incorporated herein by reference is a true and correct copy of the Settlement Agreement and Release/Waiver executed by Kelley Sunderlin on behalf of Plaintiff Elijah Samuelson and by **Roger M. Giroux** the Superintendent on behalf of Independent School District No. 11 (“ISD 11”)
3. Elijah Samuelson is a student with a disability as defined under the Individuals with Disabilities Education Act, 20 U.S.C. Sec. 1400 et seq. (“IDEA”)who has received special education services from Independent School District No. 11 (“ISD 11).
4. Elijah Samuelson’s parent on his behalf has disagreed with the appropriateness and implementation of educational services provided to him by the ISD 11 pursuing administrative and appellate proceedings pursuant to IDEA including appeal to the Eighth Circuit Court of Appeals as detailed in Exhibit A.
5. Elijah Samuelson’s claims were included in a class action filed on April 15, 2002, and known as Reinholdson et al. v. State of Minnesota, et al. Civil File No. 02-795.

6. Elijah Samuelson's individual case was remanded to the Federal District Court by order of the Eighth Circuit on October 23, 2003 and was consolidated as part of this action No. 02-795.
7. Elijah Samuelson requested mediation to resolve the dispute.
8. On February 5, 2004, the Federal District Court ordered the parties to engage in mediation.
9. Mediation was held on May 5-7, 2004.
10. As a result of the mediation, Elijah Samuelson has agreed to the Settlement Agreement and Release/Waiver attached as Exhibit A.
11. The contents of the settlement were negotiated principally by Sonja D. Kerr, an experienced special education attorney who is familiar with cases of this nature.
12. Elijah Samuelson and his counsel have had sufficient time to review Exhibit A.
13. The Settlement Agreement and Release/Waiver are fair and reasonable and in the interest of the child.
14. The Settlement Agreement and Release/Waiver (Exhibit A) does not resolve the overall class action status request or the systemic issues raised in this Reinholdson litigation, Civil File No. 02-795 ADM/AJB.

Further, Affiant saith not.

Dated: this _____ day of __________, 2004.

**_____/s/_________________________**
Mary L. Josefson (Atty. Reg. N. 52772)
1821 Rhode Island Ave. N.,
Golden Valley, MN 55427
Phone & FAX: 763-544-5390
Email: mary.josefson@prodigy.net
Attorney for Plaintiff Elijah Samuelson

Subscribed and sworn to before me
this ___ day of ____________, 2004

______________________________
Notary Public