UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Reinholdson, et al.,

Plaintiffs,

v.

Minnesota, State of, et al.,

Defendants

Court File No. 02-795 ADM/AJB

**PETITION FOR APPROVAL OF SETTLEMENT ON BEHALF OF MINOR PLAINTIFF AARON TESKA**

This petition is offered on behalf of minor plaintiff Aaron Teske and his parents and legal guardians Kristi and Mike Sandford following procedures described in Local Rule 17.1 of the Federal Rules of Civil Procedure for the District of Minnesota which requires that Minnesota law be followed for approval of settlements brought by a guardian or trustee. By its terms, LR 17.1 applies to federal diversity actions. However, its procedures can be applied by analogy to settlements arising in cases with federal question jurisdiction.

Minnesota Statute Sec. 540.08 provides in part that “no settlement or compromise of the action [suit brought by parent or guardian for injury to a child] is valid unless it is approved by a judge of the court in which the action is pending.”

Rule 145 of the General Rules of Practice for the District Courts of the State of Minnesota provides the procedures to be followed for actions on behalf of minors and incompetent persons. Rule 145.01 provides in part: “No part of the proceeds of any action or claim for personal injuries on behalf of any minor or incompetent person shall be paid to any person except under written petition to the court and written order of the court as hereinafter provided.” Rule 145.02 specifies the contents of the petition to be submitted to the court:

1. Aaron Teske, born on October 7, 1982, is the legally incompetent plaintiff whose proposed settlement is being proffered to the court for approval. The Settlement Agreement and Release/Waiver is attached to the Affidavit of Mary L. Josefson as Exhibit A. Kristi Sandford has full authority as Aaron's conservator to act on Aaron's behalf in financial matters.
2. Aaron's claim involved a dispute between Aaron's parents, Kristi and Mike Sandford, and Independent School District No. 11, Anoka-Hennepin, Minnesota over the type and extent of special education services Aaron needed.
3. The record contains extensive information on Aaron's individual needs for special education services under the Individuals with Disabilities Education Act.
4. The parents do not have collateral sources covering Aaron's claims, and no subrogation rights have been asserted.
5. The proposed settlement is not a structured settlement.
6. Kristi and Mike Sandford engaged experienced counsel to represent Aaron and themselves in this matter. Counsel Sonja D. Kerr negotiated the settlement on their behalf and recommends it as reasonable given all the relevant facts.
7. The proceeds of this settlement will be paid into a trust fund established by Kristi and Mike Sandford pursuant to Kristi Sandford's authority as Aaron's conservator. A copy of the trust document is attached to the Affidavit of Mary L. Josefson as Exhibit B.

The petitioners, Kristi and Mike Sandford, by and through their counsel Sonja D. Kerr, Judith Gran, and Mary L. Josefson, hereby request that the court approve the proposed settlement in this matter.

Dated: November 4, 2004

______________________________

Mary L. Josefson (Atty. Reg. N. 52772)
1821 Rhode Island Ave. N.,
Golden Valley, MN 55427
Phone & FAX: 763-544-5390
Email: mary.josefson@prodigy.net
Attorney for Plaintiffs

Sonja D. Kerr
Disability Law Center of Alaska
3330 Arctic Blvd. Ste 103
Anchorage, AK 99503
907 565-1002
FAX: 907 565-1000
Email: AmeliaA928@aol.com
Attorney for Plaintiffs

Judith Gran, Esq.
Public Interest Law Center of Philadelphia
125 S. 9th St. Ste 700,
Philadelphia, PA 19107
215 627-7100
FAX: 215 627-3183
Email: jgran@pilcop.org
Attorney for Plaintinffs