UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Reinholdson, et al.,

Plaintiffs,

v.

Minnesota, State of, et al.,

Defendants

Court File No. 02-795 ADM/AJB

**AFFIDAVIT OF MARY L. JOSEFSON**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Mary L. Josefson, being first duly sworn on oath, states and alleges as follows:

1. I am one of the attorneys representing Aaron Teske and his parents and legal guardians Kristi Sandford and Mike Sandford.
2. Attached as Exhibit A and incorporated herein by reference is a true and correct copy of the Settlement Agreement and Release/Waiver executed by Kristi Sandford on behalf of Plaintiff Aaron Teske and by Roger M. Giroux_ the Superintendent on behalf of Independent School District No. 11 ("ISD 11")
3. Aaron Teske is a student with a disability as defined under the Individuals with Disabilities Education Act, 20 U.S.C. Sec. 1400 et seq. ("IDEA")who has received special education services from Independent School District No. 11 ("ISD 11).
4. Aaron Teske's parents on his behalf have disagreed with the appropriateness and implementation of educational services provided to him by the ISD 11 pursuing administrative and appellate proceedings pursuant to IDEA including appeal to the Eighth Circuit Court of Appeals as detailed in Exhibit A.
5. Aaron Teske's claims were included in a class action filed on April 15, 2002, and known as Reinholdson et al. v. State of Minnesota, et al. Civil File No. 02-795.

6. Aaron Teske's individual case was remanded to the Federal District Court by order of the Eighth Circuit on October 23, 2003 and eventually his additional claims filed as Civil File 02-4280 were consolidated as part of this action No. 02-795.
7. Aaron Teske requested mediation to resolve the dispute.
8. On February 5, 2004, the Federal District Court ordered the parties to engage in mediation.
9. Mediation was held on May 5-7, 2004.
10. As a result of the mediation, Aaron Teske has agreed to the Settlement Agreement and Release/Waiver attached as Exhibit A.
11. The proceeds are to be placed in trust for Aaron and under the trust's terms are to be used in a manner which ensures that the funds are used beneficial to his needs. A true and correct copy of the draft trust agreement is attached as Exhibit B.
12. The contents of the settlement were negotiated principally by Sonja D. Kerr, an experienced special education attorney who is familiar with cases of this nature.
13. Aaron is presently in need of a more vocational type of program which is best available to him by leaving the ISD setting and moving to county services
14. Aaron Teske and his counsel have had sufficient time to review Exhibit A.
15. The Settlement Agreement and Release/Waiver are in the interest of the child.
16. The Settlement Agreement and Release/Waiver (Exhibit A) does not resolve the overall class action status request or the systemic issues raised in this Reinholdson litigation, Civil File No. 02-795 ADM/AJB.

Further, Affiant saith not.

Dated: this _____ day of __________, 2004.

**_____/s/_________________________**

Mary L. Josefson (Atty. Reg. N. 52772)
1821 Rhode Island Ave. N.,
Golden Valley, MN 55427
Phone & FAX: 763-544-5390
Email: mary.josefson@prodigy.net
Attorney for Plaintiff Aaron Teske

Subscribed and sworn to before me
this ___ day of _____________, 2004

_________________________________
Notary Public