# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL

MIKE HATCH
ATTORNEY GENERAL

NCL TOWER, SUITE 1200
445 MINNESOTA STREET
ST. PAUL, MN 55101-2130
TELEPHONE: (651) 296-9412

November 8, 2004

The Honorable Arthur J. Boylan
United States Magistrate Judge
United States District Court
638 Federal Building
316 N. Robert Street
St. Paul, MN 55101

**Re:** ***Reinholdson et. al., v. School Board of ISD No. 11 et. al.,***
**Federal Court File No. 02-795 (ADM/AJB)**
***Renollett v. Indep. Sch. Dist. No. 11, Anoka-Hennepin***
**Federal Court File No. 03-6452 (ADM/AJB)**

Dear Magistrate Judge Boylan:

I am the attorney for the State of Minnesota that was dismissed as a defendant in both of the above-captioned lawsuits. *See Reinholdson v. State of Minnesota,* 2002 WL 31026580 *6 (D. Minn., Sept. 9 2002), *vacated and remanded,* 346 F.3d 847 (8th Cir. 2003) and *Renollett v. Indep. Sch. Dist. No. 11, Anoka-Hennepin,* Civ. No. 03-6452 (ADM/AJB) (ECF File No. 29) 2004 WL 157616 (D. Minn. Jul 13, 2004).

Since the State is not a party to either proceeding, it has no role in the status conference scheduled for November 12, 2004. Therefore, there is no need to hook up my Office to the telephonic conference. Thank you for your assistance in this matter.

Very truly yours,

**s/ Martha J. Casserly**
MARTHA J. CASSERLY
Assistant Attorney General
(651) 297-5919

cc: Paul Ratwik, Ratwik, Roszak & Maloney
Sonja Kerr, Kerr Law Office
Judith Gran, Public Interest Law Center
Mary L. Josefson

AG: #961605-v1