**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Reinholdson et al., Court File No. 02-795 (ADM/AJB)

Plaintiffs,

vs.

**CERTIFICATE OF SERVICE**

School Board of ISD No. 11, et al.,

Defendants.

I hereby certify that on November 8, 2004, I caused a Letter to Judge Arthur J. Boylan to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following: Paul C. Ratwik, Stephen G. Andersen, Sonja D. Kerr, Judith Gran, Mary L. Josefson, and Mark Jared Girouard.

Dated: November 8, 2004

s/ **Martha J. Casserly**

Martha J. Casserly
Bar Number 148271
Attorney for State of Minnesota
Mike Hatch
Attorney General
State of Minnesota
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 297-5919
Fax: (651) 296-7438

ag:1226886v1