# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE

Reinholdson, et al.,

Plaintiffs,

v.

State of Minnesota, et al.,

Defendants.

**and**

Reinholdson,

Plaintiff,

v.

School Board of Independent School District No. 11,

Defendant.

**and**

Renollett, et al.,

Plaintiff,

v.

Independent School District No. 11, Anoka-Hennepin,

Defendant.

**COURT MINUTES**

Case Numbers:
02-795 ADM/AJB
02-4225 ADM/AJB
03-6452 ADM/AJB

Date: 11/12/04
Time Commenced: 10:00 a.m.
Time Concluded: 10:45 a.m.
Time in Court: 45 Minutes

Telephone Status Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

s/ Kathy Thobe
Judicial Assistant