**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2004, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Ms. Sonja D. Kerr. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Mr. Tim Palmatier
Attorney at Law
Palmatier Law Office
941 Hillwind Road NE
Suite 200C
Minneapolis, MN 55432

Dated: November 16, 2004

s/Catrina O. Sapp

Catrina O. Sapp
Ratwik, Roszak, & Maloney, P.A.
300 U.S. Trust Building
730 Second Avenue South
Minneapolis, MN 55402
Phone: (612) 339-0060
Fax: (612) 339-0038
E-Mail: cos@ratwiklaw.com

RRM: 70043