UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

VICTOR GRANT,
by his parent Kelley Sunderlin,

Civil No. 02-795 ADM/AJB

Plaintiff,

v.

ORDER

STATE OF MINNESOTA, ET AL.,

Defendants.

---

WHEREAS, the Court held a status conference in the above captioned matter on November 12, 2004, and

WHEREAS, the Court believes it appropriate to allow the parties to file dispositive motions for the Court's consideration,

NOW THEREFORE, IT IS HEREBY ORDERED that any motions seeking dispositive relief and briefs in support thereof shall be served and filed on or before February 15, 2005.

Responses to any motions filed shall be served and filed on or before March 15, 2005.

Replys shall be served and filed on or before April 1, 2005.

The Court will advise the parties upon submission of the matter whether or not oral argument will be allowed or whether the Court will consider the matter based solely on the briefs and underlying administrative record.

Dated: November 16, 2004

s/ Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge