Sonja D. Kerr
KERR LAW OFFICE[1]

January 6, 2005

Paul Ratwik
Nancy Blumstein
Ratwik, Roszak & Maloney
300 U.S. Trust Building
730 Second Ave. S.
Minneapolis, MN 55402

VIA FAX & MAIL & EMAIL

RE: Settlement Checks for Teske, Samuelson

Dear Counsel:

The Court issued orders of settlement for Teske and Samuelson on November 8, 2004. You have now indicated further stipulations are required. After I inquired as to the legal basis (i.e. a federal or state rule), your response was to contact the clerk for Judge Montgomery and then tell me that she "approved it." Please provide some legal basis for continuing to withhold the settlement checks which were due quite some time ago.

You have been repeatedly advised that the settlement checks can be sent or delivered directly to the families with the cover letter faxed to Ms. Josefson and verbal notice given to Ms. Josefson as to when the deliveries will be made.

In addition, it is my understanding that Ms. Sunderlin has been trying to arrange for the independent evaluation that is part of the settlement for Eli and has been encountering difficulty. Please advise your clients to comply with that portion of the settlement.

Also, the Teskes have returned the DynaMyte quite some time ago to the District. Because the settlement check has not arrived, Aaron is without a communication device from that point.

Please provide the settlement checks to the families as required by the Court's order. Call Ms. Josefson to advise of a delivery date and method and copy her on the transmittal letter(s).

Very truly yours,

Sonja D. Kerr

c: Kelly Sunderlin
Kris Sandford
Judy Gran/Mary Josefson

---

[1] C/O Disability Law Center of Alaska, 3330 Arctic Blvd., Suite 103, Anchorage, AK 99503. KERR LAW OFFICE is closed; DLC is courtesy address only and does not indicate DLC is representing the clients in this matter.