**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2005 I electronically filed in civil cases
Civil File No. 02-CV-4280 (MGD/JGL) and
Civil File No. 02-CV-795 (ADM/AJB)
Sonja D. Kerr's Letter on behalf of plaintiffs Teske and Samuelson to Judge Montgomery concerning implementation of the individual Settlements dated November 8, 2004 for these two matters with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Paul C. Ratwik pcr@ratwiklaw.com,

Nancy E. Blumstein neb@ratwiklaw.com

Dated: January 10, 2005

s/ Mary L. Josefson
Mary L. Josefson
Attorney at Law
License No. 52772
1821 Rhode Island Ave. N.
Golden Valley, MN 55427
Phone & FAX: (763) 544-5390
E-mail: mary.josefson@prodigy.net