UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MAHESH REINHOLDSON, et al.

Plaintiffs,

vs.

STATE OF MINNESOTA, et al.

Defendants.

Civil File No. 02-CV-795 (ADM/AJB)
Civil File No. 02-CV-4280 (MJD/JGL)

**STIPULATION OF DISMISSAL**

PLAINTIFF AARON TESKE

---

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Aaron Teske defendant Independent School District No. 11, Anoka Hennepin, through the signature of their undersigned counsel, that the above-captioned actions, Civil File No. 02-CV-795 (ADM/AJB) and Civil File No. 02-CV-4280 (MJD/JGL), may be and hereby is dismissed in accordance with the November 8, 2004 order of the Court.

IT IS FURTHER STIPULATED AND AGREED that judgment of dismissal may be entered pursuant hereto without further notice to either party.

| | |
|---|---|
| **KERR LAW OFFICE**<br><br>s/Sonja Kerr<br>Sonja Kerr<br>Kerr Law Office<br>c/o: Disability Law Center of Alaska<br>3330 Arctic Blvd., #103<br>Anchorage, AK<br>(907) 565-1002<br><br>Dated: January 14, 2005<br><br>ATTORNEY FOR PLAINTIFF | **RATWIK, ROSZAK & MALONEY, P.A.**<br><br>s/Paul C. Ratwik<br>Paul C. Ratwik (Atty. Reg. 89795)<br>Nancy E. Blumstein (Atty. Reg. 227638)<br>300 U.S. Trust Building<br>730 Second Avenue South<br>Minneapolis, MN 55402<br>(612) 339-0060<br><br>Dated: January 19, 2005<br><br>ATTORNEYS FOR DEFENDANT |