**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2005, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Sonja D. Kerr and Mary Josefson.

Dated: January 20, 2005

s/Susan L. Dvorak
Susan L. Dvorak
Ratwik, Roszak, & Maloney, P.A.
300 U.S. Trust Building
730 Second Avenue South
Minneapolis, MN 55402
Phone: (612) 339-0060
Fax: (612) 339-0038
E-Mail: sld@ratwiklaw.com

RRM: #72472/sld