UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MAHESH REINHOLDSON, et al.

Plaintiffs,

vs.

STATE OF MINNESOTA, et al.

Defendants.

Civil File No. 02-CV-795 (ADM/AJB)

**ORDER**

PLAINTIFF ELIJAH SAMUELSON

---

**ORDER**

Based upon the foregoing Stipulation of Dismissal with prejudice entered into by the parties,

IT IS HEREBY ORDERED, that matter Civil File No. 02-CV-795 (ADM/AJB) is dismissed in accordance with the November 8, 2004 order of this Court.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

BY THE COURT

Dated: January 21, 2005

s/Ann D. Montgomery
JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT