UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CRAIG T. TEKSE,

Plaintiff,

v.

3M COMPANY,

Defendant.

ORDER

Civil No. 03-6458(ADM/AJB)

---

The above-titled matter came on for hearing before the undersigned on January 14, 2005, on Defendant's Motion for Summary Judgment or to Dismiss (Docket No. 45). Andrew Holly, Esquire, appeared on behalf of defendant and Plaintiff appeared pro se.

Having heard the arguments of the parties, and based upon all the files and records herein, IT IS HEREBY ORDERED THAT:

1. Defendant's motion is GRANTED (Docket No. 45) for the reasons stated on the record and this matter is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 19, 2005

s/Ann D. Montgomery
JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT