AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Mahesh Reinholdson, et al

V.

State of Minnesota, et al

## JUDGMENT IN A CIVIL CASE

Case Number: 02-795 ADM/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
As to Plaintiff Elijah Samuelson, that matters in the above case number are DISMISSED in accordance with the November 8, 2004 order of this court.

January 24, 2005
Date

RICHARD D. SLETTEN, CLERK

s/G. Schneider
(By) G. Schneider, Deputy Clerk