AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Mahesh Reinholdson et al

V.

State of Minnesota et al

## JUDGMENT IN A CIVIL CASE

Case Number: 02-4280 & 02-795 ADM/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. Pursuant to Stipulation of Dismissal.

IT IS ORDERED AND ADJUDGED THAT:
As to Plaintiff Aaron Teske that matters are dismissed in accordance with the November 8, 2004 order of this court.

January 24, 2005
Date

RICHARD D. SLETTEN, CLERK

s/G. Schneider
(By) G. Schneider, Deputy Clerk