UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Reinholdson, et al.,<br><br>Plaintiffs,<br>v.<br><br>Minnesota, State of, et al.,<br><br>Defendants | Court File No. 02-795 (ADM/AJB)<br><br>**STIPULATION OF DISMISSAL**<br><br>**PLAINTIFF QUINTON ERDMAN** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Quinton Erdman and Defendant Independent School District No. 11, Anoka Hennepin, through the signature of their undersigned counsel, that the above-captioned action may be and hereby is dismissed in accordance with the November 8, 2004 order of the Court.

IT IS FURTHER STIPULATED AND AGREED that judgment of dismissal may be entered pursuant hereto without further notice to either party.

**KERR LAW OFFICE**

**MARY L. JOSEFSON, ESQ.**

By ______________________
Mary L. Josefson
(Atty. Reg. N. 52772)
1821 Rhode Island Ave N.
Anchorage, AK 99503
(907) 565-1002
Attorney for Plaintiffs

**PALMATIER LAW OFFICE**

By ______________________
Tim Palmatier
Palmatier Law Office
941 Hillwind Road N.E. #200C
Minneapolis, MN 55432
(763) 586-6072
Attorney for Defendant ISD # 11

**ORDER**

Based upon the foregoing Stipulation of Dismissal with prejudice entered into by the parties,

IT IS HEREBY ORDFERED, that matter Civil File No. 02-CV-795 (ADM/AJB) is dismissed with prejudice and on the merits, without further costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT

Dated: ______________________________

______________________________
Judge of District Court