**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**Reinholdson, et al**.
Plaintiff(s)

v.

**Minnesota, State of, et al.**
Defendant(s)

**CERTIFICATE OF SERVICE**

**Case No.: 02-795 (ADM/AJB)**

I hereby certify that on January 31, 2005, I caused the following documents:

*Stipulation of Dismissal* and *Proposed Order for Plaintiff Quinton Erdman*
*Stipulation of Dismissal* and *Proposed Order for Plaintiff Zeth Erdman*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Martha J. Casserly, *MN Attorney General*
Paul C. Ratwik, Nancy E. Blumstein, and Stephen G. Andersen, *Ratwik Roszak & Maloney*
Tim Palmatier, *Palmatier Law Office.*

Dated: January 31, 2005

<u>s/ Mary L. Josefson</u>
Mary L. Josefson
Atty Lic #: 52772
1821 Rhode Island Ave N
Golden Valley, MN 55427
Ph & FAX: 763-544-5390
Email: mary.josefson@prodigy.net