UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MAHESH REINHOLDSON, ET. AL.,

Plaintiffs,

v.

INDEPENDENT SCHOOL DISTRICT
NO. 11, ET. AL.,

Defendants.

ORDER

Civil No. 02-795(ADM/AJB)

---

Based upon the Stipulation of Dismissal with prejudice entered into by the parties, IT IS HEREBY ORDERED that this action is dismissed as it relates to Plaintiff Quinton Erdman and Defendant ISD No. 11.

Dated: February 2, 2005

s/Ann D. Montgomery

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT