UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Victor Grant, by his
parent Kelley Sunderlin,

Plaintiff,

v.

State of Minnesota, et al.,

Defendant.

Court File No. 02-795 (ADM/AJB)

**MOTION FOR JUDGMENT ON ADMINISTRATIVE RECORD/ SUMMARY JUDGMENT**

---

TO: Victor Grant, by and through his parent and legal guardian, by and through counsel, Sonja J. Kerr c/o Disability Law Center of Alaska, 3330 Arctic Blvd., #103 Anchorage, AK 99503.

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Individuals with Disabilities Education Act, 20 U.S.C. § 1415, et seq., and controlling case law, the undersigned will move the Court for an Order granting judgment in favor of Independent School District No. 11, Anoka Hennepin, in regard to MCDFL Case No. 429 in the above captioned matter. The Motion will be based on the administrative record, and all files, records, and proceedings herein, including the attached Memorandum of Law.

**RATWIK, ROSZAK & MALONEY, P.A.**

Dated: February 14, 2005

By: s/Paul C. Ratwik
Paul C. Ratwik (Atty. Reg. No. 89795)
Stacey L. Wilson (Atty. Reg. No. 0306174)
300 U.S. Trust Bldg, 730 Second Ave S
Minneapolis, MN 55402
Phone: (612) 339-0060

**Attorneys for Independent School District No. 11, Anoka-Hennepin**

RRM: 73471