UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Victor Grant, by his
parent Kelley Sunderlin,

Court File No. 02-795 (ADM/AJB)

Plaintiff,

v.

**AFFIDAVIT OF STACEY WILSON**

State of Minnesota, et al.,

Defendant.

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Stacey L. Wilson, being duly sworn upon oath states as follows:

1. I am one of the attorneys that represent the Defendant Independent School District No. 11 in this matter. I make this Affidavit based upon personal knowledge and in support of Defendant's Memorandum in Support of Judgment on the Administrative Record.

2. Attached hereto as Exhibits 1 through 5 are true and correct copies of the following documents:

Exhibit 1: Findings of Fact, Conclusion of Law, Memorandum and Order in MDCFL Case No. 429 dated September 17, 2001.

Exhibit 2: Findings of Fact, Conclusions and Decision in MDCFL Case No. 429-2 dated October 31, 2001.

Exhibit 3: Letter to Hearing Officer Kenneth Udoibok and Mick Waldspurger from Sonja Kerr dated April 23, 2001.

Exhibit 4: Letter to Hearing Officer Kenneth Udoibok and Sonja Kerr from Paul Ratwik and Michael Waldspurger dated May 1, 2001.

Exhibit 5: Zigich v. Independent Sch. Dist. No. 623, Civ. No. 99-1212 (DWF/SRN) (D. Minn. 2000) (unpublished opinion).

FURTHER YOUR AFFIANT SAYETH NOT.

Dated: February 14, 2005

s/Stacey L. Wilson
Stacey L. Wilson

Subscribed and sworn to before me
this 14th day of February, 2005.

s/Sonya J. Guggemos
Notary Public

RRM: 73441