**KERR LAW OFFICES**
5972 Cahill Avenue S., Suite 110
Inver Grove Heights, MN 55076

Sonja D. Kerr *
Mary L. Josefson **

(651) 552-4900
Fax(651) 552-4942
www.kerrlaw.com

Cheri Harthaus, Assistant
Pat Howey, Assistant (IN)

*Also admitted in Indiana
** Direct: 612-232-3387

April 23, 2001

Via Fax & Mail

Hearing Officer Kenneth Udoibok
The Strommen Building
2469 University Avenue
St. Paul, MN 55114

Mick Waldspurger
Ratwik, Roszak & Maloney
300 Peavey Building
730 Second Ave. S.
Minneapolis, MN 55402

RE: Victor Grant and ISD No. 11: MDCFL Case No. 429

Dear IHO Udoibok and Mr. Waldspurger:

This is to further clarify an additional objection/issue and address related matters about the hearing.

**Further Objection/Issue.**

The further objection/issue is that the ISD No. 11 did not provide the parents with prior written notice as that term is defined at 34 CFR 300.503. The parents very specifically requested that Victor have services for reading as part of his IEP. The parents very specifically demanded that Victor receive 1:1 services for reading through a private source for 2 hours per week. At the March 20, 2001 meeting, the ISD 11 orally refused the parents request for private services but has not, at any time, complied with 34 CFR 300.503.

**Parents' Initial List of Witnesses.**

The parents intend to call the following persons as witnesses, subject to their right to amend the witness list consistent with the five day rule:

1. Kelly Sunderlin, Parent
2. Victor Grant, Student
3. Scott Sunderlin, Parent
4. Stephanie Wehman, Private Tutor Resource
5. Jennifer Brown, Private Tutor Resource

EXHIBIT
3

**Parents' Request for District Witnesses.** The parents ask that the District provide its initial list of witnesses, subject to amendment.

I thank you for your time and interest in this matter.

Very truly yours,

Sonja D. Kerr
KERR LAW OFFICE

c: Parents of V. Grant