**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2005, I electronically filed the foregoing

- **MOTION**
- **NOTICE OF MOTION**
- **DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD/SUMMARY JUDGMENT**
- **AFFIDAVIT OF STACEY WILSON w/ EXHIBITS 1-5**

with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

- **JUDITH A. GRAN**
- **MARY L. JOSEFSON**
- **SONJA D. KERR**

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Dated: February 15, 2005

s/Cindy M. Peterson
Cindy M. Peterson
Ratwik, Roszak, & Maloney, P.A.
300 U.S. Trust Building
730 Second Avenue South
Minneapolis, MN 55402
Phone: (612) 339-0060
Fax: (612) 339-0038
E-Mail: cmp@ratwiklaw.com