**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

VICTOR GRANT[1],
by his parent, Kelley Sunderlin

Plaintiff,

v.

STATE OF MINNESOTA, et al

Defendants.

Civil No. 02-795 ADM/AJB

**PLAINTIFFS' MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**[2]

---

To: Defendant ISD 11 and its attorneys Paul C. Ratwik, Nancy E. Blumstein, and Stephen G. Andersen, *Ratwik Roszak & Maloney* 300 U.S. Trust Building, 730 Second Ave. S., Minneapolis, MN 55402

and

Tim Palmatier, *Palmatier Law Office,* 941 Hillwind Road N.E. #200C, Minneapolis, MN 55432

To: State of Minnesota and its attorney Martha J. Casserly, *MN Attorney General*, 445 Minnesota St., St. Paul, MN 55101

Plaintiffs Grant and Sunderlin move this Court for an Order Granting Judgment on the Record for the Plaintiffs and reversing the October 31, 2001 Level II Hearing Review Officer Decision. This motion is based upon the accompanying memorandum of law, and the administrative record herein.

Dated: February 15, 2005. /s/ Sonja D. Kerr

---

[1] Counsel is obligated to utilize the title of the case imposed by the Court but notes that no such case actually exists. Plaintiff Grant's claims are included in *Reinholdson v. State of Minnesota*, the civil file number of which is 02-795 (ADM/AJB).

[2] Plaintiffs were prevented from conducting any discovery in this case by various orders of the Court.

Sonja D. Kerr, Bar Number 18777x
KERR LAW OFFICE
Disability Law Center of AK
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
Tel: 907-565-1002; fax: 565-1000

/s/ Mary Josefson
Mary Josefson, Bar Number 0052772
1821 Rhode Island Ave. N.
Golden Valley, MN
Tel: 763-544-5390

/s/ Judith Gran
Judith Gran, Bar Number 40134
Public Interest Law Ctr. of Phil.
125 S. 9th St., Suite 700
Philadelphia, PA 19107
Tel: (215)-627-7100

Counsel for Plaintiffs Reinholdson