UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Victor Grant, by his
parent Kelley Sunderlin,

Court File No. 02-795 (ADM/AJB)

Plaintiff,

v.

**AFFIDAVIT OF STACEY WILSON**

State of Minnesota, et al.,

Defendant.

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Stacey L. Wilson, being duly sworn upon oath states as follows:

1. I am one of the attorneys that represent the Defendant Independent School District No. 11 in this matter. I make this Affidavit based upon personal knowledge and in support of Defendant's Response to Plaintiff's Motion for Judgment on the Administrative Record.

2. Attached hereto as Exhibits A through J are true and correct copies of the following documents:

Exhibit A: Letter to Kenneth Udoibok from Sonja Kerr dated May 21, 2001;

Exhibit B: District's Memorandum of Law in Opposition to Parent's Motion to Exclude the Proposed IEP dated May 25, 2001;

Exhibit C: Order in MDCFL Case No. 429 dated May 27, 2001;

Exhibit D: Order in MDCFL Case No. 429 dated September 7, 2001;

Exhibit E: Pre-hearing/Hearing Schedule and Order in MDCFL Case No. 429 dated April 19, 2001;

Exhibit F: Memorandum of Law in Support of District's Motion in Limine dated May 7, 2001;

Exhibit G: Letter to Kenneth Udoibok from Sonja Kerr dated May 14, 2001;

Exhibit H: Order in MDCFL Case No. 429 dated May 21, 2001;

Exhibit I: Findings of Fact, Conclusion and Decision in MDCFL Case No. 390 (IHO Jay);

Exhibit J: Findings of Fact, Conclusion and Decision in MDCFL Case No. 423-2 (IHO Wright);

FURTHER YOUR AFFIANT SAYETH NOT.

Dated: March 15, 2005

s/Stacey L. Wilson
Stacey L. Wilson

Subscribed and sworn to before me
this 15th day of March, 2005.

s/Susan L. Dvorak
Notary Public

RRM: 74185