STATE OF MINNESOTA
DEPARTMENT OF CHILDREN, FAMILIES AND LEARNING
BEFORE THE INDEPENDENT HEARING OFFICER
MDCFL CASE NUMBER 429

| | | |
|---|---|---|
| In the Matter of: | ) | |
| Victor Grant | ) | **ORDER** |
| vs. | ) | |
| Independent School District No. 0011, Anoka-Hennepin | ) | |

## I. INTRODUCTION

Victor Grant ("Student") through his attorney Sonja D. Kerr, brings this motion to exclude from the Hearing, the Student's May 10, 2001 Proposed Individual Educational Program ("IEP"). The Student primarily argues that the Proposed IEP is outside the instant Due Process Hearing and requires a new Due Process Hearing.

The Independent School District No.: 0011, Anoka-Hennepin ("District") through Michael J. Walspurger, objects to the Student's motion. The District seeks to include into evidence facts relating to the Proposed IEP. The District mainly argues that the Proposed IEP is within the limitations period held by the Hearing Officer. The District further agues that the IEP at issue is not subject to a new Due Process Hearing.

EXHIBIT C

## II DISCUSSION

### A. Draft IEP vs. Proposed IEP

The Student seeks to exclude evidence acquired after the March 30, 2001 limitations period. It is unclear from the Student's motion papers whether the IEP at issue is a Draft or Proposed IEP. (Student. Mem. Pp.1-2).

The District argues that the May 10, 2001 IEP at issue is a Proposed IEP which began its life in January 31, 2001, through a series of draft IEPs. (Dist. Mem. Pp. 3-7).

The Student argues that where the Hearing Officer allows evidence into the record relating to the Proposed IEP, the Student should be allow to offer evidence from March 30, 2000 to 5 days before this impending hearing. (Student. Mem. Pp. 1-2)

The Hearing Officer agrees on condition that the evidence sought to be introduced at the Hearing by the Student is related to the Proposed IEP. Being that the IEP was introduced in a draft form in January 31, 2001, the District may offer into evidence facts relating to it.[1]

### B. Hearing Officer's Jurisdiction

The District contents that it proposed an IEP on May 10, 2001. The Student

---

[1]Incidently, the draft IEP that commenced in January 31, 2001, is within the March 30, 2000 and March 2001 limitations period.

does not dispute this fact. Being that the IEP at issue is a proposed IEP relating to the District's provision of FAPE to the Student, this Hearing Officer has jurisdiction to hear the matter. The Hearing Officer may consider and make as part of the record the Student's Current and Proposed IEP. See Minn. R. 3525.4100.

Therefore, the District may offer evidence relating to the Draft or Proposed IEP. However, the Student would be afforded an opportunity to introduce evidence relating to the same IEP. The evidence at issue must be within March 30, 2000 and five days before the upcoming Hearing.

**ORDER**

Based on the entire file and proceedings herein, **IT IS HEREBY ORDERED** that the Student's motion to exclude the Proposed IEP is **GRANTED in part and DENIED in part.**

1. The Student's requests to preclude the District from introducing evidence relating to the Proposed IEP is **DENIED.**
2. The Student's requests to introduced evidence relating to the Proposed IEP within March 30, 2000 and five days before the upcoming Hearing is **GRANTED.**

DATED: May 27, 2001

By ______________________
Kenneth U. Udoibok
**INDEPENDENT HEARING OFFICER**