**STATE OF MINNESOTA**
**DEPARTMENT OF CHILDREN, FAMILIES AND LEARNING**
**BEFORE THE INDEPENDENT HEARING OFFICER**
**MDCFL CASE NUMBER 429**

In the Matter of:

Victor Grant

vs.

Independent School District
No. 0011, Anoka-Hennepin

**ORDER**

Pursuant to the Hearing Officer's request to all parties and the District's concur, the deadline to file the Hearing Officer's opinion in the above-captioned matter is extended to September 17, 2001. Good cause exists for the extension.

DATED: 09/07/01

By: ______________________
Kenneth U. Udoibok
**INDEPENDENT HEARING OFFICER**

EXHIBIT
D