**STATE OF MINNESOTA**
**DEPARTMENT OF CHILDREN, FAMILIES AND LEARNING**
**BEFORE THE INDEPENDENT HEARING OFFICER**
**MDCFL CASE NUMBER 429**

| | | |
|---|---|---|
| In the Matter of: | ) | |
| Victor Grant | ) | **PRE-HEARING/HEARING SCHEDULE AND ORDER** |
| vs. | ) | |
| Independent School District No. 0011, Anoka-Hennepin | ) | |

Pursuant to Minn. Stat. §125A.09, and in order to secure a just, speedy, and inexpensive determination of this action, the following schedule must govern these proceedings. This schedule may be modified only by request and the showing of good cause.

1. The Hearing will take place on May 30, June 7, June 8, 14 and 15, 2001, at 9:00 a.m. The hearing will be held at the District's facility or an alternate facility agreed to by all parties.

2. The parties have filed their statement of issues; amended statement of issues must be filed by May 23, 2001. The respective responses must be file by April 25, 2001.

3. All motions must be filed on or before 7, 2001. Responses to the motions must be filed on or before May 10, 2001. The Hearing Officer's decision on

EXHIBIT
E

the respective motions will be filed on May 15, 2001

4. The parties must disclose the identities of their experts, including a short summary of the expert's testimony on or before May 21, 2001.

5. The parties' Pre-Hearing briefs are due on or before May 29, 2001.

6. The parties must file their Exhibit Lists on or before May 22, 2001.

7. All parties are encouraged to file Joint Exhibit and Witness Lists; however, they are not obligated to file Joint Exhibit and Witness Lists if doing so would hamper a just and speedy determination of this case. The witness lists must contain a short summary of the intended testimony of the respective witnesses.

8. All Post-Hearing briefs, including findings of facts and conclusions of law are due on or before June 29, 2001.

9. All subpoenas must be filed by May 23, 2001, in time for the Hearing Officer's execution of said subpoenas.

10. All Joint Pre-Hearing Stipulations must be filed on or before the Hearing.

11. The Hearing Officer's decision will be filed on or before July 13, 2001.

DATED: 4/19/01

By: [signature]
Kenneth U. Udoibok
**INDEPENDENT HEARING OFFICER**