City of Eagan

**Commission Background Information Form**
***Please type or print clearly in ink**

Name ______________________ Date ____________

In order that the Mayor and Councilmembers have a better understanding of your background and interests, please provide the following information: (Attach extra sheets if necessary).

Home Address ______________________
Phone (H) ______________________

Zip Code ______________________

How long have you lived in Eagan? ____________ years

Employer ______________________

Occupation ______________________
Phone (W) ______________________

Please indicate which Committees/Commissions you are applying for. List only those you would be seriously interested in serving on.

1st Choice ______________________ 3rd Choice ______________________
2nd Choice ______________________ 4th Choice ______________________

Prior experience on City Commissions, City Boards, etc.

______________________

______________________

______________________

Provide a short paragraph summarizing why you are seeking an appointment to a Commission in the City of Eagan.