RECEIVED
MAY 15 2001

**KERR LAW OFFICES**
5972 Cahill Avenue S., Suite 110
Inver Grove Heights, MN 55076

Sonja D. Kerr *
Mary L. Josefson **

(651) 552-4900
Fax(651) 552-4942
www.kerrlaw.com

Cheri Harthaus, Assistant
Pat Howey, Assistant (IN)

*Also admitted in Indiana
** Direct: 612-232-3387

May 14, 2001

Via Fax & Mail

Kenneth Udoibok, IHO
The Strommen Building
2469 University Avenue
St. Paul, MN 55114

RE: Victor Grant and ISD No. 11

Dear IHO Udoibok:

In response to certain motions filed by the District:

1. With respect to the disclosure of curriculum, we appreciate the receipt of the additional information received with the motion. Assuming this information represents the regular education curriculum and any special education curriculum used or anticipated for use with Victor, we do not see the need for the hearing officer to rule on the motion now.

2. We do not oppose the motion in limine per se, but do ask that the IHO rule as a factual matter with respect to the beginning of the time frame. It remains a factual issue for this IHO to determine at hearing if Victor's parent was aware of her rights back in 1998 when Victor first moved to the ISD 11. We are confident the IHO is very familiar with the statute of limitations argument and issue and see no point in spending additional time explaining those concepts to the IHO. We do not oppose the motion in limine as far as the outside date of March 30, 2001, so long as no evidence past that date is accepted from either party.

I would also like to request that during our prehearing today we discuss the impact–if any–of a newly proposed IEP that the parents received on May 12, 2001 and that the parents have rejected. Since this IEP was not available to use prior to the date to file motions, we could not file a motion to exclude it. However, we think it should be excluded if the District's motion in limine is granted with an outside date of March 30, 2001. Alternatively, the parents' evidence regarding private tutoring past that date must be included.

Thank you for your time.

Very truly yours,

Sonja Kerr

Sonja D. Kerr

c: Parents of Victor Grant/Michael Waldspurger



EXHIBIT
6