# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

# ECF Form
# Declaration of Technical Issues

The clerk's office shall deem the District of Minnesota ECF site to be subject to a technical failure on a given day if the site is unable to accept filings continuously or intermittently over the course of any period of time greater than one hour after 10:00 a.m. that day. Planned and known systems outages will be posted on the Court's web site at www.mnd.uscourts.gov.

This form can be used to declare technical issues if the Court's ECF system was not functional OR issues regarding technical failures on the filers side. It is not necessary to file this form unless your filing is untimely. Please attach this form as an "attachment to document" for the documents filed untimely due to technical issues.

The undersigned declares that the attached filing is untimely as a result of the technical difficulties described below.

Susan L. Dworak
Signature of Filer/Declarant

March 15, 2005
Date

**Filer/Declarant's Name:**
Attorney Bar ID: 0306174
Law Firm Name: Ratwik, Roszak & Maloney, P.A.
Address: 300 U.S. Trust Building,
730 Second Ave. So.
Minneapolis, MN 55402
Direct Phone Number: (612) 339-0060
E-Mail Address: sld@ratwiklaw.com
Description of technical difficulties (Be very specific, including number of attempts and time and date of difficulties):

On March 15, 2005, at approximately 1:00 p.m. I electronically filed the Memorandum In Opposition to Plaintiff's Motion for Judgment on the Administrative Record/Summary Judgment. At approximately 1:15 p.m., I then attempted to file the Affidavit of Stacey Wilson and Exhibits A-J. The system was very slow and every time I almost had all the exhibits attached, it would time out and I would have to start over. I tried to file the Affidavit and Exhibits at least 6 times until approximately 4:00 p.m., without success.

Log on to ECF at https://ecf.mnd.uscourts.gov
File the document as an attachment to the document you are filing late in ECF.