**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Mahesh Reinholdson, a minor,
by his parent, Jan Simon,

Plaintiff

v.

School Board of Independent
School District No. 11,

Defendant.

Civil Action No. 02-4225 (ADM/AJB)
and Civil Action No. 02-795 (ADM/AJB)

AFFIDAVIT OF JAN SIMON

---

State of Minnesota )
)ss
County of Anoka )

Comes now, Jan Simon, and being first duly sworn, deposes and states:

1. I am the adoptive mother and legal guardian of Mahesh Reinholdson. At all times in this dispute, we have continued to reside within the residential school boundaries of ISD No. 11.

2. Mahesh began attending White Bear Lake School District at the start of the 2004-2005 school year. He is in 10th grade. He is on an IEP. He is working in the community at Cub Foods. He is constantly supervised as he needs. I transport Mahesh to White Bear Lake School District for services which is about 1.5 hours per day and approximately ___ miles round trip.

3. I enrolled Mahesh at White Bear Lake School District solely because he was not receiving a free appropriate public education in ISD 11.

4. Mahesh is entitled to compensatory services for four years of denial of a free appropriate public education in ISD 11 and related expenses I have incurred to obtain same.

Further affiant saith not.

Dated this 14th day of March, 2005.

Jan Simon
Jan Simon

Subscribed and sworn to before me
this 14th day of March, 2005.

Alexa C. Ricciardi

Notary Public

My commission expires:

ALEXA C. RICCIARDI
Notary Public
Minnesota
My Commission Expires Jan. 31, 2008