**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Mahesh Reinholdson, a minor,
by his parent, Jan Simon

v.

School Board of Independent
School District No. 11,

Defendant.

Civil Action No. 02-4225 (ADM/AJB) and
Civil Action No. 02-795 (ADM/AJB)

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2005, I caused the following document:

> *Executed Affidavit from Jan Simon in support of Plaintiffs Mahesh Reinholdson's and Jan Simon's Response to Defendant ISD NO. 11's Motion in Support of Judgment on the Record*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Martha J. Casserly, *MN Attorney General*
Paul C. Ratwik, Nancy E. Blumstein, and Stephen G. Andersen, *Ratwik Roszak & Maloney*
Tim Palmatier, *Palmatier Law Office.*

Dated: March 18, 2005

s/ Mary L. Josefson
Mary L. Josefson
Attorney for Plaintiffs
Atty Lic #: 52772
1821 Rhode Island Ave N
Golden Valley, MN 55427
Ph & FAX: 763-544-5390
Email: mary.josefson@prodigy.net