**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 1, 2005**, I electronically filed the foregoing:

- Defendant's Reply Memorandum in Support of Motion for Judgment on the Administrative Record/Summary Judgment

with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

- Sonja Kerr
- Judith Gran
- Mary Josephson

Dated: April 1, 2005

s/Susan E. Magnuson
Susan E. Magnuson
Ratwik, Roszak, & Maloney, P.A.
300 U.S. Trust Building
730 Second Avenue South
Minneapolis, MN 55402
Phone: (612) 339-0060
Fax: (612) 339-0038
E-Mail: sem@ratwiklaw.com

RRM: #75358/sem