**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

VICTOR GRANT*, a minor,
by his parent, Kelley Sunderlin

Plaintiff

v.

School District No. 11,

Defendant.

Civil Action No. 02-795 (ADM/AJB)

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2005, I caused the following document:

*Plaintiffs Victor Grant and Kelley Sunderlin Reply Memorandum in Support of Motion for Judgment on the Administrative Record*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Martha J. Casserly, *MN Attorney General*
Paul C. Ratwik, Nancy E. Blumstein, and Stephen G. Andersen, *Ratwik Roszak & Maloney*
Tim Palmatier, *Palmatier Law Office.*

Dated: April 4, 2005

s/ Mary L. Josefson
Mary L. Josefson
Attorney for Plaintiffs
Atty Lic #: 52772
1821 Rhode Island Ave N
Golden Valley, MN 55427
Ph & FAX: 763-544-5390
Email: mary.josefson@prodigy.net

* Counsel is obligated to utilize the title of the case imposed by the Court but notes that no such case actually exists. Plaintiff Grant's claims are included in *Reinholdson v. State of Minnesota*, the civil file number of which is 02-795 (ADM/AJB).