# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

CHAMBERS OF
ANN D. MONTGOMERY
DISTRICT JUDGE

13W U.S. COURTHOUSE
MINNEAPOLIS, MINNESOTA 55415
612. 664.5090

June 23, 2005

Sonja D. Kerr
Attorney at Law
Disability Law Center of Alaska
3330 Arctic Blvd., Ste. 103
Anchorage, AK 99503

Paul C. Ratwik
Attorney at Law
Ratwik, Roszak & Maloney, P.A.
730 2nd Ave. S. Ste. 300
Minneapolis, MN 55402

**RE: VICTOR GRANT, BY HIS PARENT, KELLY SUNDERLIN v. INDEPENDENT SCHOOL DISTRICT NO. 11, ANOKA-HENNEPIN CIVIL CASE NO. 02-795 ADM/AJB**

Dear Counsel:

The Court is in the process of reviewing the administrative record in the matter of Victor Grant, by his parent, Kelly Sunderlin v. Independent School District No. 11, Anoka-Hennepin. After a thorough search, it appears a transcript from the April 19, 2001 prehearing conference in front of IHO Kenneth Udoibok is not included in the record provided to the Court. As this transcript is part of the record, and referenced in Defendant's Memorandum in Opposition to Plaintiff's Motion for Judgment on the Administrative Record [Docket No. 147], the Court requests the parties produce a copy of the transcript to this Court as soon as possible.

Very truly yours,

Ann D. Montgomery

Ann D. Montgomery