**RATWIK, ROSZAK & MALONEY, P.A.**
Attorneys at Law

Paul C. Ratwik
John M. Roszak
Patricia A. Maloney*
Terrence J. Foy*
Stephen G. Andersen**
Scott T. Anderson
Kevin J. Rupp
Jay T. Squires*†
Ann R. Goering
Nancy E. Blumstein*
Joseph J. Langel
Michael J. Waldspurger*
Margaret A. Skelton
Amy E. Mace
Isaac Kaufman
Eric J. Quiring

300 U.S. Trust Building
730 Second Avenue South
Minneapolis, Minnesota 55402

(612) 339-0060
Fax (612) 339-0038
www.ratwiklaw.com

Stacey L. Wilson
Eric L. Hedtke
Kimberley K. Sobieck
Sonya J. Guggemos
Jennifer L. Wolf
Dawit Haile
Nicole L. Tuescher

* Also admitted in Wisconsin
** Civil Trial Specialist Certified by the Minnesota State Bar Association
† Real Property Law Specialist Certified by the Minnesota State Bar Association

June 24, 2005

The Honorable Ann D. Montgomery
Judge of U.S. District Court
United States District Court
300 South Fourth Street, Room 13W
Minneapolis, MN 55415

RE: *Victor Grant v. State of Minnesota, et al.*
Court File No. 02-795 (ADM/AJB)
Our File No. 0011-0157

Dear Judge Montgomery:

Per your letter dated June 23, 2005, enclosed please find the requested transcript of the April 19, 2001 prehearing conference related to the above matter. If you need additional information, please do not hesitate to contact us.

Very truly yours,

*s/Stacey L. Wilson*

Paul C. Ratwik
Stacey L. Wilson

SLW/slw
Enclosure
cc: Sonja Kerr, c/o Disability Center of Alaska (w/o enclosure)

RRM: 78778