**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2005, I electronically filed the foregoing **LETTER TO DISTRICT JUDGE REGARDING REQUESTED TRANSCRIPT REQUEST** with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

- Judith A. Gran
- Mary L. Josefson
- Sonja D. Kerr

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:**NONE**.

Dated: June 27, 2005

s/Cindy M. Peterson
Cindy M. Peterson
Ratwik, Roszak, & Maloney, P.A.
300 U.S. Trust Building
730 Second Avenue South
Minneapolis, MN 55402
Phone: (612) 339-0060
Fax: (612) 339-0038
E-Mail: cmp@ratwiklaw.com

RRM: #78834